# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

UNITED STATES OF AMERICA )
)
          Plaintiff, )
  vs. )
) 2:05-cr-348-JCM (GWF)
MARIA GAUDALUPE SANDOVAL, )
)
          Defendant. )
_____)

## ORDER

Presently before the court is defendant Maria Guadalupe Sandoval's motion to exonerate bond. (Doc. #94). On December 23, 2011, this court ordered the United States Attorney's Office to file an opposition or otherwise respond to the motion on or before January 5, 2012. (Doc. #99). The United States Attorney's Office still has not responded to defendant's motion.

On August 2, 2006, defendant filed a motion to travel outside the United States. (Doc. #21). United States Magistrate Judge Foley held a hearing on August 14, 2006, and granted defendant's motion to travel. (Doc. #25). However, a condition of the order was that defendant's mother had to post a surety bond for the property at 2217 Teresa Ave., Las Vegas, Nevada. (Doc. #25). The surety bond was filed on August 24, 2006. (Doc. #26).

The instant motion asserts that defendant complied with all of the conditions of her release during her trip and returned to the United States as scheduled. (Doc. #94). Upon her return, defendant surrendered her passport to the pretrial services officer. (Doc. #94). Accordingly, the motion asserts that it is "totally appropriate that the subject bond be exonerated and released and that the clerk of the court be directed to promptly transfer the subject property (2217 Theresa Avenue, Las Vegas, NV 89101; APN 139-26-611-073) to Ms. Avila." (Doc. #94).

1 | Good cause appearing and there being no opposition,
2 | IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that defendant Maria Guadalupe
3 | Sandoval's motion to exonerate bond (doc. #94) be, and the same hereby is, GRANTED.
4 | DATED this 27th day of February, 2012.

_____
UNITED STATES DISTRICT JUDGE